# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LORENZO MORENO,

    Plaintiff

v.

UNITED STATES GOVERNMENT,

    Defendant

Case No.: 3:22-cv-00421-CSD

**Order**

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 9, 2-1.) The court granted Plaintiff's IFP application, and screened his pro se complaint. The original complaint sued the United States Government, and Plaintiff alleged he had been raped, shot, stabbed and tortured, and then included a document with a plethora of nonsensical statements that have nothing to do with his other allegations. It appears that Plaintiff's complaint has no basis in law or fact, and instead, is in the fantastical or delusional. The court nevertheless gave Plaintiff an opportunity to amend to state a claim. (ECF No. 10.) His amended complaint was due on or before March 8, 2023. On March 4, 2023, Plaintiff filed a document stating he was filing for an amended complaint, but he did not include an amended complaint. (ECF No. 12.) Plaintiff will be given one final opportunity to file his amended complaint. He has up to and including **September 5, 2023**, to file an amended complaint. If Plaintiff fails to timely file an amended complaint, this action will be dismissed.

**IT IS SO ORDERED**.

Dated: August 14, 2023

                                               Craig S. Denney
                                               United States Magistrate Judge