# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LORENZO MORENO,

Plaintiff

v.

UNITED STATES GOVERNMENT,

Defendant

Case No.: 3:22-cv-00421-CSD

**Order**

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 9, 2-1.) The court granted Plaintiff's IFP application, and screened his pro se complaint. The allegations appeared to have no basis in law or fact and instead, they were fantastical and delusional. The court nevertheless gave Plaintiff an opportunity to amend to state a claim. (ECF No. 10.) His amended complaint was due on or before March 8, 2023. On March 4, 2023, Plaintiff filed a document stating he was filing for an amended complaint, but he did not include an amended complaint. (ECF No. 12.) On August 14, 2023, the court gave Plaintiff one final opportunity to file his amended complaint on or before September 5, 2023. Plaintiff was cautioned that a failure to timely file an amended complaint would result in the dismissal of this action. (ECF No. 17.)

Plaintiff did not timely file an amended complaint. Therefore, this action is **DISMISSED WITH PREJUDICE** and the court shall **ENTER JUDGMENT** accordingly.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
Craig S. Denney
United States Magistrate Judge